[This opinion has been published in *Ohio Official Reports* at 179 Ohio St.3d 62.]

THE STATE OF OHIO, APPELLANT, *v.* WAGNER, APPELLEE.

[Cite as *State v. Wagner*, 2024-Ohio-5939.]

*Court of appeals' judgment reversed on the authority of* State v. Miree *and cause remanded.*

(Nos. 2022-1601 and 2022-1626—Submitted December 17, 2024—Decided December 24, 2024.)

APPEAL from and CERTIFIED by the Court of Appeals for Lake County, No. 2021-L-101, 2022-Ohio-4051.

_____

The below judgment entry of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and HAWKINS, JJ.

{¶ 1} The certified question is answered in the negative, and the judgment of the court of appeals is reversed on the authority of *State v. Miree*, 2024-Ohio-5714. The cause is remanded to the court of appeals for it to address the mooted assignment of error.

_____

Charles E. Coulson, Lake County Prosecuting Attorney, and Kristi L. Winner, Assistant Prosecuting Attorney, for appellant.

Henderson, Mokhtari & Weatherly, Brandon J. Henderson, and Justin M. Weatherly, for appellee, Mark R. Wagner Jr.

_____